UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BRIDGES,<br><br>   Plaintiff,<br><br>   v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>   Defendant. | Case No. 15-cv-05176-JST<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 24 |

Before the Court is a stipulated request to continue the Initial Case Management Conference from February 17, 2016 to April 13, 2016 to enable the parties to complete limited discovery. ECF No. 24. The parties have already filed their Joint Case Management Statement. ECF No. 23.

The stipulated request is granted. The Initial Case Management Conference is continued to April 13, 2016. A new Joint Case Management Statement shall be filed ten court days prior to the conference. In lieu of a Joint Case Management Statement, the parties may file a notice to the Court that no changes are necessary to their previously filed Case Management Statement.

IT IS SO ORDERED.

Dated: February 3, 2016

_____
JON S. TIGAR
United States District Judge