United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BRIDGES,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>    Defendant. | Case No. 15-cv-05176-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 31 |

The parties have filed a Joint Motion to Dismiss dated April 12, 2016. ECF No. 31. Since the motion is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: April 12, 2016

_____
JON S. TIGAR
United States District Judge